**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

STEPHANIE HANEY, UNIQUE LITTLE, AND BRI ALBOR, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GRACO CHILDREN'S PRODUCTS, INC.

Defendant.

COMPLAINT – CLASS ACTION

DEMAND FOR JURY TRIAL

Civil Action File
No. 1:26-cv-04471-TRJ

**FIRST AMENDED COMPLAINT**

## INTRODUCTION

1. Graco Children's Products, Inc. ("Graco") manufactures and sells the Graco® Slim Spaces™ Compact Baby Swing and substantially similar models (the "Products" or "Swings"),[1] which are battery-operated infant swings that Graco markets as compact, easy-to-use products featuring "multiple swing speeds" because, according to Graco, a "[s]oothed baby, [is a] happy baby."

[1] The Products include the Slim Spaces Compact Baby Swing, Model Nos. 2156182, 2231532, and PD349399E, and all substantially similar infant swings sold by Graco, including the Graco DuetSoothe Swing & Rocker. The models that are subject to this litigation and included in the definition of the Products are subject to modification, and Plaintiffs reserve the right to modify the definition of the Products, based upon what is learned in discovery in this litigation.




[2]

2. Graco represents to consumers on its website that "[e]ven when the product's battery is low, the swing rate will not exceed the rate of the highest setting" and directs consumers "[i]f [adjusting the setting by moving the speed dial downward] does not correct the speed or height, please change all of the batteries with new ones."[3] These representations are half-truths that are false and deceptive

[2] Slim Spaces Compact Baby Swing, GRACO, https://www.gracobaby.com/shop/home-and-gear/swings-and-jumpers/swings/slim-spaces-compact-baby-swing-/SAP_2231532.html?bvrrp=Main_Site-en_US%2Freviews%2Fproduct%2F2%2FSP_96148.htm&actionPoint=Show (last visited Oct. 20, 2026).

[3] *Id.*

because they omit latent hazards in the Products, and, through those omissions, lure consumers into purchasing a product that is dangerous to infants.

3. Specifically, Graco fails to disclose that the Swings contain a serious and pervasive defect that causes them to spontaneously accelerate to high speeds without any user input—including when set on the lowest setting and regardless of the battery's level of charge—rendering the speed controls completely inoperative (the "Defect").

4. An analysis and explanation of the root cause of the Defect will be honed through the discovery process. While some users have reported that the Defect occurs while the Products are at low battery, or after the red-light indicator begins to flash, others report that the Defect manifested without the red-light warning and continues even after batteries (or even the entire motor) are replaced. Thus, any relationship between battery life and the Defect is not causal—at best, it is correlative. And any suggestion that the Defect can be cured by replacing the Products' batteries is wrong and only conceals the true nature of the Defect.

5. Many reviewers report that the speed cannot be lowered once the high-speed mode kicks in. Some consumers also report that the Swings will not turn off at all unless they physically remove the batteries. This uncontrolled, high-speed oscillation poses a direct and serious risk of physical harm or death to the infants placed inside the Swings.

6. There are hundreds of one-star reviews of the Swings across the Graco, Amazon, Target, and Walmart websites. Consumer Reports published an investigative article on this issue in July 2025, reporting that posts describing the problem appeared on at least one retail platform as early as March 2020, and that as of late October 2024, 42 percent of all customer reviews on Walmart for the swing in the "Etcher" color were one-star reviews, with 82 reviews on the Graco product listing including the phrase "too fast." Despite years of consumer complaints, filings with the United States Consumer Product Safety Commission, and media coverage, Graco has not issued a recall, has not corrected its product listing or issued a warning to consumers, and continues to advertise the Swings with the same false and misleading representations it has used since the Products' introduction.

7. Plaintiff Stephanie Haney purchased the Graco Slim Spaces Compact Baby Swing from Amazon on November 20, 2025. Like other purchasers, Ms. Haney experienced spontaneous, uncontrollable speed changes: the very Defect Graco never disclosed. This occurred while the batteries in her Swing were charged and was not limited to when the batteries were low. Had Ms. Haney known the truth—that the Swing was prone to a dangerous, uncontrollable acceleration Defect and that Graco's representations about adjustable and limited speeds were false—she would not have purchased the Swing or would not have paid the price she did.

8. Plaintiff Unique Little also purchased a Graco Slim Spaces Compact Baby Swing from Amazon on January 8, 2025. She too experienced spontaneous, uncontrollable speed changes. This occurred when the batteries in her Swing were charged—in fact, when the batteries were low, her Swing moved at a slower rate.

9. Plaintiff Bri Albor purchased a Graco DuetSoothe Swing & Rocker online from Target on August 18, 2024. Ms. Albor experienced the Defect as well; a Ring camera in her home even captured video of the Swing spontaneously accelerating to a rapid speed.

10. Plaintiffs bring this action on behalf of themselves and a class of similarly situated consumers who purchased the Swings and were deceived by Graco's false and misleading marketing and advertising. Plaintiffs seek damages, restitution, injunctive relief, and all other available relief.

11. Plaintiffs make the following allegations upon information and belief and investigation by their counsel, except for allegations related to their own purchases and use of the Swings, which are based on personal knowledge.

## PARTIES

### A. Plaintiffs

12. Plaintiff Stephanie Haney is a citizen of the State of California who at all times relevant to this action resided in and was domiciled in California.

13. Plaintiff Unique Little is a citizen of the State of California who at all times relevant to this action resided in and was domiciled in California.

14. Plaintiff Bri Albor is a citizen of the State of California who at all times relevant to this action resided in and was domiciled in California.

**B. Defendant Graco Children's Products, Inc.**

15. Defendant Graco Children's Products, Inc. is a baby products company headquartered in Atlanta, Georgia and incorporated in Delaware. Its parent company is Newell Brands, which is headquartered in Atlanta, Georgia, and incorporated in Delaware.

16. Graco designs, manufactures, markets, distributes, and sells the Products throughout the United States. Graco sells its Products directly to consumers through its website and through third-party retailers including Amazon, Target, and Walmart, among others.

**JURISDICTION AND VENUE**

17. This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2). The amount in controversy in this action exceeds $5,000,000, exclusive of interest and costs.

18. This action is a class action in which one or more members of the proposed class are citizens of a state different from Defendant. Specifically, Plaintiffs are citizens of California, and Defendant Graco Children's Products, Inc.

is incorporated in Delaware with its principal place of business in Georgia. The proposed class contains more than one hundred members.

19. This Court has personal jurisdiction over Graco because Graco systematically and continuously conducts business within Georgia, sold the Products to consumers in Georgia, directed marketing and advertising to Georgia consumers, derived substantial revenue from Georgia purchasers, and—along with its parent company, Newell Brands—maintains its principal place of business in Georgia.

20. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Graco transacts business, numerous Class Members purchased the Products, a substantial part of the events giving rise to the claims alleged herein occurred, and Graco is headquartered in this District.

## FACTUAL ALLEGATIONS

### A. The Swings and Graco's Representations

21. The Swings are battery-operated infant swings designed to save space in the home, featuring a carry handle, compact fold capability, height-adjustable legs, and an overhead toy bar.

22. Graco's product listing on its website prominently markets the Swings as featuring "multiple swing speeds" because a "[s]oothed baby, [is a] happy baby."[4]

---

[4] *Id.*

23. Graco's website further advises consumers that "[e]ven when the [Swing's] battery is low, the swing rate will not exceed the rate of the highest setting" and directs consumers "[i]f [adjusting the setting by moving the speed dial downward] does not correct the speed or height, please change all of the batteries with new ones."[5]

24. These representations directly address a critical infant safety concern: the speed at which the swing oscillates while an infant is inside.

25. Caretakers placing newborns and young infants in motorized swings rely on the manufacturer's assurances that the Products will operate within safe, predictable, and user-controlled parameters.

26. The Products retail for approximately $109.99 on Graco's website[6] and are also available through national retailers including Amazon, Target, and Walmart.

**B. The Defect: Uncontrolled, Dangerous Speed Acceleration**

27. Graco's representations concerning the Swings fail to disclose that the Swings are afflicted with the Defect.

28. Some consumers have reported that the Swing's red indicator light begins to flash unpredictably, after which the Swing spontaneously accelerates to its maximum speed—regardless of the speed setting selected by the user.

---

[5] *Id.*

[6] *Id.*

29. Once this high-speed mode activates, many consumers report that it cannot be lowered or stopped through normal operation, and the problem persists even after battery replacement.

30. Other consumers have reported that the only way to stop their Swing is to physically remove the batteries; at least one reviewer reported that the Swing reverts to its highest speed on its own even after the power switch is turned off.[7]



Muse

**Dangereous for babies!**

Reviewed in the United States on September 17, 2024

Color: Reign | Verified Purchase

The swing suddenly began swinging at an alarming speed, even though it was turned off. This unexpected malfunction was not only surprising but also raised significant safety concerns for me as a parent.

17 people found this helpful

Helpful | Report

31. Another parent in an Amazon review dated July 19, 2024, entitled "If you want your child to fly," states that the speed for the Swing was "on the lowest

[7] Graco Slim Spaces Compact Baby Swing: Customer Reviews, AMAZON, https://www.amazon.com/product-reviews/B09MWJDC6C/ref=cm_cr_getr_d_paging_btm?ie=UTF8&filterByStar=one_star&reviewerType=all_reviews&pageNumber=6&nextPageToken=MjAyNi0wNS0wOFQxNToyOTozNi43MDU5MTQ3ODBaADUw#reviews-filter-bar (last visited Oct. 20, 2026).

setting [and] became faster than the highest setting and the swing became dangerous to our 2 month old."[8]

Justin Higgins

**If you want your child to fly**

Reviewed in the United States on July 19, 2024

Color: Reign | Verified Purchase

I have had this swing for 1 month. Was great until yesterday. The light started flashing red and on the lowest setting the speed became faster than the highest setting and the swing became dangerous to our 2 month old. I tried to reach their customer support before writing a review but could not get them by phone and putting in a request on their website gave me a technical issue and wouldn't go through.

I purchased here from great reviews.. but when you search online for a fix to the problem, you find there are a lot of the same exact issue that has not been rectified. This swing is dangerous.. I would be very cautious until you see they have fixed the problem with these.

17 people found this helpful

Helpful | Report

32. Another Amazon reviewer similarly said the Swing would suddenly go to "FULL HIGH speed," "swinging like a mad man" at the lowest setting, would only turn off when the batteries were removed, and that it "[s]cared my baby so much!" The problem persisted even after the batteries were replaced.[9]

Whitney

**Possessed chair!!!!! Beware !!!!**

Reviewed in the United States on July 15, 2024

Color: Reign | Verified Purchase

First off, the on/off switch just did not work. Wouldn't turn off unless batteries were out of the compartment. When it WAS on, it would sway nice and soft for a little bit, then we'd look up and the chair is swinging on FULL HIGH speed!!! Scared my baby so much! Even on the lowest possible setting, it would start swinging like a mad man. Replaced batteries to see if it was the issue. It was not. VERY UNSAFE chair. Very disappointed as It fit my baby so well and was very neutral colored. There are other reviews that state this as well! I didn't see them until I went to go return the chair.

15 people found this helpful

Helpful | Report

---

[8] *Id.*

[9] Graco Slim Spaces Compact Baby Swing: Customer Reviews, AMAZON, https://www.amazon.com/portal/customer-reviews/B09MWJDC6C/ref=acr_dp_hist_1?ie=UTF8&filterByStar=one_star&reviewerType=all_reviews (last visited Oct. 16, 2026).

33. Other parents left an Amazon review relaying the same issue, calling it "[v]ery unsafe."[10]

Myranda and Anthony

**Unsafe**

Reviewed in the United States on September 23, 2024

Color: Reign | **Verified Purchase**

I honestly really loved this swing as it was cheaper, easy to set up and use, and folds down and easy to store away. However, the swing I bought stared to flash the red light and swing on the highest swing setting all on it's own even though it was set to the lowest swing setting. Very unsafe. I went to Graco website and several people have had the same issue. I purchased this swing new 4 months ago and now I cannot use it.

3 people found this helpful

Helpful | Report

34. An additional Amazon review, entitled "DANGEROUS," states that the Swing "randomly started swinging [their] baby wildly," and advised other parents, "DO NOT BUY AND NEVER LEAVE YOUR BABY UNATTENDED."[11]

Ma49301

**DANGEROUS**

Reviewed in the United States on December 27, 2024

Color: Reign | **Verified Purchase**

After a month of working, randomly started swinging my baby wildly!!!! DO NOT BUY AND NEVER LEAVE YOUR BABY UNATTENDED. BOUGHT WELL IN ADVANCE OF MY BABY'S ARRIVAL. ABSOLUTELY A WASTE OF MONEY. TRASH.

LOOK AT THE UPDATED REVIEWS. THIS IS A KNOWN DEFECT AND YET NO RECALL HAS BEEN ISSUED. WORKS FOR A FEW TIMES AND THEN SUDDENLY STOPS AND HAS A MIND OF ITS OWN.

10 people found this helpful

Helpful | Report

35. Other reviews point to how quickly the Swing's Defect manifested. One stated that, after owning it for just two weeks, the "swing start[ed] swinging at full speed even when it is on the lowest setting. Very dangerous for a little one."[12]

---

[10] *Id.*

[11] *Id.*

[12] *Id.*

Another reviewer stated that, just one week after purchase, when set to the lowest setting, the Swing nonetheless began to swing "SO fast as if I set it on the fast setting," and commented that "it doesn't seem safe for newborns."[13]

Courtney.

**Full speed malfunction. NOT RECOMMENDED**

Reviewed in the United States on December 17, 2024

Color: Reign | Verified Purchase

Swing malfunctions. Red light starts to blink and swing starts swinging at full speed even when it is on the lowest setting. Very dangerous for a little one. Only had the swing for 2 weeks before it started happening. Looked into it and there are SO many reviews this happening to others yet the product hasnt been recalled or looked into. NOT recommended.

8 people found this helpful

Helpful | Report

M

**Not safe**

Reviewed in the United States on February 9, 2024

Color: Reign | Verified Purchase

Everything was fine when I first got the item. My newborn really enjoyed it. It has been about a week that I set it on the slowest setting for it to rock my baby while I do dishes or cook dinner but when I turn to look at her she's swinging SO fast as if I set it on the fastest setting. Even though it has straps it doesn't seem safe for newborns.

3 people found this helpful

Helpful | Report

36. Moreover, multiple reviewers believe that the Swing should be recalled as a result of the Defect.[14]

Jen

**Dangerous!**

Reviewed in the United States on March 6, 2024

Color: Reign | Verified Purchase

This swing was great at first but after a while, it started spontaneously switching to the fastest speed and swinging much higher than is safe. I checked on the Graco website and this is apparently a trend with these swings. They really need to be recalled. Do not purchase.

2 people found this helpful

Helpful | Report

---

[13] *Id.*

[14] *Id.*

Jessie A

★☆☆☆☆ **This should be recalled**

Reviewed in the United States on July 15, 2023

Color: Reign | **Verified Purchase**

Ordered it may 6th, it's now july.. the red light is constantly blinking and it goes very very fast even on the lowest setting. Something isn't right and I'm not the only one who has seen this. Other reviews on target, walmart etc say the same thing. Scary.

9 people found this helpful

Helpful | Report

Kayli Gann

★☆☆☆☆ **SAFTEY HAZARD**

Reviewed in the United States on June 1, 2024

Color: Reign

DO NOT BUY THIS SWING!! It has a huge issue that should require it to be recalled. We have been using it for a couple months now and it just started malfunctioning a couple days ago. When baby is in it The red light starts flashing and then it starts swinging aggressively at max speed. It happens randomly after she's in it for a few minutes. After researching, this has been an issue for lots of other people in the last month or so and GRACO IS AWARE and only offer a replacement motor for $30+

3 people found this helpful

Helpful | Report

37. Reviewers also report the Defect persists even after replacing the Swing's batteries.[15]

38. Graco's other claimed remedy—replacing the defective Swings or Swing motors—amounts to no remedy at all because the replacement motors do not eliminate the Defect, as reported by numerous reviewers who received replacement Swings or motors from Graco.[16]

---

[15] *Id.*

[16] *Id.*

Amazon Customer

★☆☆☆☆ **SHOULD BE RECALLED!!!**

Reviewed in the United States on January 5, 2024

Color: Reign

As soon as you turn it on the lowest setting, the red light blinks and it swings out of control. This is SO dangerous and scary and was truly so scary to witness this happen to my 6 week old daughter and I can't imagine what would have happened if I didn't notice it when I did. I reached out to Graco and because it was under warranty, I filled out the needed information and sent the swing back and received a replacement. As soon as we turned the new swing on, it did the same exact thing!!! This is so unacceptable and I don't know how these can continue to be sold. This should be recalled immediately. I will no longer be purchasing Graco products and cannot trust that these products are safe.

3 people found this helpful

Helpful | Report

ALB

★☆☆☆☆ **Dangerous- malfunctions!!!**

Reviewed in the United States on November 10, 2023

Color: Reign

Received this swing for baby shower and we and baby loved it. Until it started swinging aggressively and the light started blinking. Even on lowest setting it swings very wildly. We contacted customer service, they said to send the part to them and they will send replacement. We've now been without the swing for a week & half. We ask for the money back for swing so we could get a different one and was told no. We received replacement part today and within 20 mins the same issue happened again with a totally different swing motor. This product needs to be recalled immediately, this is a dangerous swing!!! A child is going to be seriously hurt!

4 people found this helpful

Helpful | Report

Amazon Customer

★☆☆☆☆ **SHOULD BE RECALLED!!!**

Reviewed in the United States on January 5, 2024

Color: Reign

As soon as you turn it on the lowest setting, the red light blinks and it swings out of control. This is SO dangerous and scary and was truly so scary to witness this happen to my 6 week old daughter and I can't imagine what would have happened if I didn't notice it when I did. I reached out to Graco and because it was under warranty, I filled out the needed information and sent the swing back and received a replacement. As soon as we turned the new swing on, it did the same exact thing!!! This is so unacceptable and I don't know how these can continue to be sold. This should be recalled immediately. I will no longer be purchasing Graco products and cannot trust that these products are safe.

3 people found this helpful

Helpful | Report

Megan

**Dangerous! Should be recalled!**

Reviewed in the United States on May 8, 2024

Color: Reign

We have sworn by this swing for 12 weeks now, well today my daughter was in it and the light started blinking and it was swinging unbelievably fast! Very very scary and when I looked at reviews on graco EVERYONE has this issue but the product still hasn't been recalled!

2 people found this helpful

Helpful | Report

Ray Daugherty

**Swing malfunctioned after three weeks or so**

Reviewed in the United States on January 31, 2024

Color: Reign



My mom bought this for my daughter. At first the swing was great. Baby loved to sit in it. It put her to sleep like nothing. It was perfect. That is until something in the motor assembly failed and the swing would only go maximum speed. I'm pretty sure even the fastest setting the dial allowed was slower than what is in the video I attached to this review.

I made a warranty claim through Graco. Customer service was alright and they sent a replacement part. When the replacement came, I put it on the swing and it had the exact same problem out of the box.

Graco is a solid brand overall, but this swing is defective. Hundreds of online commenter had the same problem when my wife looked into the issue. Don't get this swing.

15 people found this helpful

Helpful | Report

39. More concerning still are the numerous reviews that describe harm, or potential harm, to children, including concerns over children receiving whiplash from the Swings or even flying out of the Swing due to its unsafe high speeds.[17]

[17] *Id.*

Kayley

★☆☆☆☆ **DANGEROUS**

Reviewed in the United States on May 15, 2024

Color: Reign

Great….until it's not. We got this from our baby registry and our baby has LOVED it. Up until today when the red light started blinking and it started swinging at full speed. Luckily she was strapped in and I was right there or she would have went flying across the room.

Look the reviews up on Target, everyone seems to be having the same issue. I am super disappointed and can't believe this swing isn't recalled yet.

2 people found this helpful

Helpful | Report

King7886

★☆☆☆☆ **Junk!**

Reviewed in the United States on January 26, 2025

Color: Reign

The swing has a fantastic feature to let you know the batteries are going dead, it will ramp up to top speed. The boy doesn't seem to like it when out of nowhere he's swinging fast enough to give him whiplash. I don't know who thought that fail system up but great job!

3 people found this helpful

Helpful | Report

Daryl Drake

★☆☆☆☆ **Beware!**

Reviewed in the United States on December 16, 2022

Color: Reign

We've used this swing 2 weeks now and a couple days ago I noticed it started to behave oddly. The red light will start flashing and the speed of the swing will go all the way to the highest setting on it's own, with no way to put it back to the lowest setting because that's what it's already set to but it's having a mind of its own. For an older baby maybe that high setting would be okay, but I don't feel it's okay for a 3 week old baby. It jerks her so fast that it wakes her up right away and she begins to cry hysterically. Use at your own risk.

5 people found this helpful

Helpful | Report

Amazon Customer

★☆☆☆☆ **Blinking RED light blinking and goes into highest mode!!**

Reviewed in the United States on October 14, 2023

Color: Reign

Recieved this as a baby shower gift. Worked for almost a month and then the power 'RED' light started blinking and even though it would be on low speed, it would go in turbo mode. If you tried to change the dial it stays in the highest speed. Tried turning off and turning back on. Would work in low speed and then power all the way back up to the highest speed and light would be blinking. Looked at reviews from other stores and apparently this is a common problem with this particular item. Sad because it was great for the baby until it would whip him around in turbo speed. Returning and warning those who go to purchase this that this could happen to yours as well.

2 people found this helpful

Helpful | Report

Amazon Customer

★☆☆☆☆ **Don't buy this**

Reviewed in the United States on August 19, 2024

Color: Reign

It lasted one month before the red light started to flash and the swing went way too fast. Now it is only max speed or off no matter what setting I put it on

Helpful | Report

Sierra N. Granger

★☆☆☆☆ **DANGEROUS**

Reviewed in the United States on January 30, 2024

Color: Reign

Read the reviews, the swing on the lowest setting starts at a pleasant speed the baby enjoys but then suddenly starts swinging out of control. I just turned around and realized it, went to turn it off and saw it, went to turn it down and realized it was on the lowest setting

One person found this helpful

Helpful | Report

alexisrae

★☆☆☆☆ **Stopped working after 3 months**

Reviewed in the United States on August 26, 2023

Color: Reign

1. When the batteries get low it goes into turbo mode and starts swinging hard. Scary when you have a newborn!
2. Batteries die quick. Like you get a week and then dead.
3. Stopped swinging after 3 months. Which stinks because my daughter would have used this longer but also I planned on keeping for our next baby. Unfortunately it will be in the trash this week.

All around HUGE mistake on buying this swing.

One person found this helpful

Helpful | Report

Courtney brumfield

**DO NOT BUY!!**

Reviewed in the United States on March 10, 2025

Color: Reign

We loved the swing for the first few weeks… but then even on the slowest setting the swing would randomly start swinging EXTREMELY fast with my baby in it. We do not trust it. There are other reports of this on Google!!

One person found this helpful

Helpful | Report

Kaylie A.

**Unsafe Swing**

Reviewed in the United States on November 3, 2024

Color: Reign

I'm so sad because we initially loved this swing. Come to find out it is a major safety hazard. The light begins flashing and the speed switches to maximum. People on Graco site have claimed their babies have been thrown from the seat, the seat has caught fire, it has injured pets, and the swing has arrived in deplorable condition.

One person found this helpful

Helpful | Report

william

**Unsafe**

Reviewed in the United States on November 1, 2024

Color: Reign

I've had this swing for about a month and a half and at first I loved it. It seemed very comfortable. I like the different settings on the swing however, when the battery gets low, the red light starts flashing and even on the lowest setting the swing goes crazy fast and almost flew my baby out of it! Definitely a major flaw in the system.

One person found this helpful

Helpful | Report

40. According to Consumer Reports, a reviewer named Nattalie wrote in an Amazon review that "No baby should swing like that and my son could've been seriously neurologically hurt had I not turned around and noticed the change in time."[18]

---

[18] Lauren Kirchner, *Is Your Graco Baby Swing Suddenly Rocking Too Fast?*, CONSUMER REPS. (July 22, 2025), https://www.consumerreports.org/babies-kids/baby-swings/graco-baby-swing-suddenly-rocking-too-fast-a5999826648/.

41. Customer reviews from the Graco website document the same recurring pattern. One reviewer warned: "The Graco® Slim Spaces™ Compact Baby Swing has become a dangerous hazard for our baby. The light will start blinking/flashing and then speed up erratically to the point it becomes dangerous for any child. Changed the batteries, this issue continues." Graco responded, neglecting to address the reviewer's comment that the Defect continued after the batteries were changed, but demonstrating that it knew about the Defect, stating that the "swing does speed up when the batteries are low." However, the Swing's user manual makes no mention of this issue. The manual's "Problem Solving" section troubleshoots for "Swings Won't Operate" and "Seat Doesn't Swing Very High," but not for the Defect.[19]

[19] *See* GRACO, Slim Spaces Compact Swing Owner's Manual 36, https://newellbrands.scene7.com/is/content/NewellRubbermaid/SLIM%20SPACES_1AM_PD349399M_USCA (last visited Oct. 20, 2026).

★☆☆☆☆

**GRACO® SLIM SPACES™ COMPACT BABY SWING ERRATIC SPE**

a year ago

The Graco® Slim Spaces™ Compact Baby Swing has become a dangerous hazard for our baby. The light will start blinking/flashing and then speed up erratically to the point it becomes dangerous for any child. Changed the batteries, this issue continues.

**I am a:** Proud Grandparent

Helpful? (0) (0) Report

Response from Graco: a year ago

Customer Care

Hello, thank you for your feedback on our SlimSpace Compact Swng, and we are sorry that it did not meet your expectations. The swing does speed up when the batteries are low. Satisfaction of our consumers is important to us, therefore we would be happy to help you resolve this issue.Please reach us at 1-800-345-4109 Consumer Care team 9AM to 5PM EST, or you can also use the link below to contact us via email. We are looking forward to hearing from you! https://www.gracobaby.com/support/contact-us
Thank you!
Graco Team

[20]

42. Another parent wrote: "SPEED MALFUNCTION!! Goes from slowest setting to scary fast on its own!! I was afraid my baby was going to fly out. We can not use this swing safely." Graco responded directly to this review as well, with a stock response that offered no real solution or resolution.

---

[20] Slim Spaces Compact Baby Swing, GRACO, https://www.gracobaby.com/shop/home-and-gear/swings-and-jumpers/swings/slim-spaces-compact-baby-swing-/SAP_2231532.html (last visited Oct. 20, 2026).

★☆☆☆☆
**SPEED MALFUCTION**
a year ago

SPEED MALFUNCTION!! Goes from slowest setting to scary fast on its own!! I was afraid my baby was going to fly out. We can not use this swing safely. Unfortunately there still is not a recall and its pretty much throw away or pay more money for a "new motor". ~$28 before shipping.

**I am a:** Proud Parent

No, I do not recommend this product.

Helpful? (0) (0) Report

Ease of Assembly/Installation 4.0
Ease of Use 1.0
Overall Comfort 1.0
Product Design/Functionality 1.0
Product Quality 1.0

Response from Graco: a year ago

Customer Care

Hello, we are very sorry to hear of this situation concerning your Slim Spaces Swing. Please be assured that we take such matters extremely seriously, therefore, for more tailored assistance, a member of our Consumer Care team will be reaching out to you directly via email with the aim of resolving this for you as quickly and efficiently as possible. Thank you! Graco Consumer Care [21]

43. Yet another parent reported: "DANGEROUS! This swing just started to swing at a high speed out of nowhere. My baby boy almost fell out of it."[22] Graco responded directly to this review and recommended that the user check if the batteries are low, but otherwise offered no remedy or clear explanation for the extreme shift in swing speeds.

★☆☆☆☆
**DANGER/HIGH SPEEDS**
a year ago

DANGEROUS! This swing just started to swing at a high speed out of no where. My baby boy almost fell out of it. I like that it's spacious but this is just to risky for my newborn. I'm afraid he may get hurt and I've also seen some suffocation risks. Please be cations when buying g this product.

**I am a:** Proud Parent

Helpful? (0) (0) Report

Response from Graco: a year ago

Customer Care

Thank you for your feedback. We apologize for the inconvenience you have experienced. We suggest you check the batteries as they may be low. Graco team

[21] *Id.*

[22] *Id.*

44. Another review, entitled "DO NOT BUY IF YOU CARE BOUT THE SAFETY OF YOUR KID," recounts two motors exhibiting the Defect, then being told by Graco customer service that it is expected that the Swing will require a replacement motor.[23]

> **DO NOT BUY IF YOU CARE BOUT THE SAFETY OF YOUR KID**
>
> 3 months ago
>
> We got this as a gift 2 years ago. After the first month, they had to send us a replacement motor as it would blink red and go full speed. Thankfully we were sitting by it at the time. We used the "new" motor for about 10-15 hours total and stored it away. Recently just had a new child and brought it back out and immediately started to blink red during the first use and go max speed again. Called support and they said the item is no longer in warranty and that it is expect with these motors that they need to be replaced because of the compact design. I tried to explain that it was rarely used and support said that we have no other options, but would "love" for us to buy another product as we did not want to buy another motor when it doesn't last more than 10 hours. With them knowing that the motors are fragile and do not work as intended with short usage time, I am surprised there is not a recall or safety concern. I would not recommend this as this swing has been nothing but problems and truly feels unsafe for children.
>
> No, I do not recommend this product.

45. The Graco website is full of one-star reviews from other parents whose Swings manifested the Defect.[24]

---

[23] *Id.*

[24] *Id.*

★☆☆☆☆

**DO NOT BUY**

5 months ago

I put this swing in my baby registry and it was purchased by a relative. As a first time mom I trusted this swing and the company! They FAILED! I think I may have used it for 3 days before it decided to have a mind of its own. It would be on the lowest setting and while my baby was IN this swing, it started going fast and out of control! Please do not waste your money or risk your baby on this swing!!

**I am a:** Proud Parent

No, I do not recommend this product.

Helpful? (1) (0) Report

★☆☆☆☆

**NOT SAFE. AT ALL.**

a year ago

When the batteries are low it swings uncontrollably. It scared my child and myself as well. Why would a baby company want to create this dangerous design on purpose? Change the batteries and now the swing doesn't work at all. Graco is asking for proof of this for their warranty but I am very certain I don't want another one if it is designed to put my baby's life in danger.

**I am a:** Proud Parent

Helpful? (2) (0) Report

★☆☆☆☆

**DANGEROUS AND UNSAFE**

a year ago

Recently purchased for my son. Started off fine. This swing quickly became a dangerous hazard for my newborn. The light will start blinking/flashing and then speed up erratically to the point it becomes dangerous for any child. Model 2156182 06/30/2023

**I am a:** Proud Parent

Helpful? (0) (0) Report

★☆☆☆☆

**AWFUL AND DANGEROUS**

a year ago

This swing is very dangerous. The red light will start to flash and the swing will become aggressively fast. There are several similar reviews. This swing should be recalled before something awful happens.

**I am a:** Proud Parent

No, I do not recommend this product.

Helpful? (0) (0) Report

★☆☆☆☆

**UNCONTROLLABLE SWINGING SPEED**

a year ago

The light starts blinking and the swing will go at an uncontrollable speed. Not safe at all for my infant. This needs to be recalled. Unacceptable.

**I am a:** Proud Parent

No, I do not recommend this product.

Helpful? (1) (0) Report

★☆☆☆☆

**DO NOT BUY!**

8 months ago

After a few months of use, the red light started flashing and the swing goes far too fast for a baby to be in it safely. The flashing light promptly comes on each time it is turned on and is not resolved by changing the battery. Do not recommend if you want a safe swing that will last longer than a month.

**I am a:** Proud Parent

No, I do not recommend this product.

Helpful? (1) (0) Report

| | |
|---|---|
| Ease of Assembly/Installation | 3.0 |
| Ease of Use | 1.0 |
| Overall Comfort | 1.0 |
| Product Design/Functionality | 1.0 |
| Product Quality | 1.0 |

Response from Graco: 8 months ago

Customer Care

We appreciate you sharing your experience with us! We are always looking for ways to improve, and appreciate all of your feedback and insight! We do sugest you check the batteries as they may be low. This will cause the swing to swing fast, but will not exceed the maximum speed. If we can be of any assistance, please feel free to reach out to our Consumer Care Team by phone at 800-345-4109, M-F 9am-5pm EST. Thanks again! Graco Team

★☆☆☆☆

**UNSAFE SWING**

5 months ago

Swing speed is way too fast and aggressive, even at the lowest setting. Unsafe to use with infant. Attempted to contact GRACO to voice concerns and was given the run-around with no resolution. I am requesting a replacement, different swing, or reimbursement.

Helpful? (1) (0) Report

★☆☆☆☆

**WAY TOO FAST**

a year ago

Barely had it a month and red light started flashing, will only swing at the fastest speed. Extremely dangerous for baby inside, and the sudden turbo swing hit my toddler in the forehead. Can't believe there isn't a recall and a lawsuit yet. Listen to your customers!!!

**I am a:** Proud Parent

No, I do not recommend this product.

Helpful? (3) (0) Report

★☆☆☆☆

**CLASS ACTION LAWSUIT WAITING TO HAPPEN**

a year ago

One speed only. Super fast!!! DO NOT PURCHASE THIS AND PUT AN INFANT IN IT. EXTREMELY DANGEROUS AND THERE WILL BE A CLASS ACTION LAWSUIT SOON.

**I am a:** Proud Parent

Helpful? (6) (0) Report

★☆☆☆☆

**BEWARE! DANGEROUS AND HAS GOTTEN OUR DAUGHTER SICK**

a year ago

DANGEROUS!! If you love your baby, care for their safety, and don’t want them to get hurt, DO NOT BUY. This swing has turned on by itself and has sped up to full speed WITHOUT anybody touching it. We have this on video as well from our Ring camera. This is a SERIOUS danger to your child’s safety and wellbeing. Our daughter has gotten sick from how fast it sped up on her!

**I am a:** Proud Parent

Helpful? (3) (0) Report

46. Additionally, product listings for the Swing on Target's website are similarly rife with one-star reviews as a result of the Defect.[25]

★☆☆☆☆

6 November, 2024

originally posted on gracobaby-ca

**DANGEROUS!!**

I bought this swing when I had my daughter a few years ago and recently pulled it out for my newborn son. The light on it kept blinking, and even on the lowest setting, the thing was swinging WILDLY!! I changed the batteries, same issue. It also started to smell like burnt plastic, obviously I removed my infant and the batteries and chucked it in the garage. Wondering what could have happened had I walked away and not smelled the burning plastic? Honestly I am livid and now seeing other reviews with the same issues has me even more upset. Why has Graco done NOTHING to resolve this? This swing needs to be recalled immediately.

IRLH2024

★☆☆☆☆ Would not recommend

28 August, 2024

**Red blinking light swings too fast!**

We recieved this as a gift and it works well for 10-20 minutes and the. the light starts blinking red and the swing starts swinging way too fast! Its a hazard and cannot believe GRACO sells this. We have tried changing batteries but even when at the lowest setting it still looks like my daughter is on a rollercoaster. Beyond disappointed

★☆☆☆☆ Would not recommend

17 May, 2024

**HONEST REVIEW -- PLEASE READ!!!**

If I could give this negative stars I would!!! This swing is completely UNSAFE for any child — ** NEW MOMMAS — DO NOT ADD THIS TO YOUR REGISTRY!!!! ** I got this as a baby shower gift and my little girl LOVES to swing — this swing started going what looks like 100mph when it's barely turned past the on switch… we tried changing the batteries to reset the swing but it didn't work. Save your money! Save your sanity! No child should risk being injured by this swing.

---

[25] Graco Slim Spaces Compact Baby Swing, TARGET, https://www.target.com/p/graco-slim-spaces-compact-baby-swing/-/A-79436036 (last visited Oct. 20, 2026).

★☆☆☆☆ Would not recommend

3 November, 2023

**DO NOT BUY THIS PLEASE**

The swing worked fine for about a month, just 2 weeks ago the power on light started blinking and I had the swing on level 1. The swing started moving so fast like if it was on level 3 but when I went to go check it was on level 1 still. I turned it off and changed the batteries but it still kept doing it. Please don't buy this it's so dangerous for a baby.

★☆☆☆☆

13 November, 2024

originally posted on gracobaby-ca

If I could give this a zero star rating I would. I bought this for my Son two months ago. And the light starts flashing and it speeds up. This is super unsafe. I do not recommend this product at all. Absolutely horrible should be recalled. They shouldn't even be sold whatsoever. What a waste of my money.

Mary

★☆☆☆☆ Would not recommend

5 March, 2023

**Not safe for your little ones**

The swing was working fine for 3 weeks and then suddenly started blinking and swinging at the highest speed. I assumed the batteries needed to be changed but that's not the case. The swing seems to be defective and it swings way too fast for me newborn. It's absolutely not safe at all. Unfortunately, this was a baby shower gift and I don't have a receipt to return it. Momma's for the safety of your little one please consider a different swing and please let others be aware so they do not gift your this swing. The price is appealing and it's a cute swing but not worth it!!

★☆☆☆☆ Would not recommend

6 November, 2024 Verified purchase

## Dangerous

After 3 months of use swing swings at full speed no matter where the speed dial is.

**1 reply from Graco Consumer Care team - 2 years ago**

Thanks for reaching out! Please check the batteries, This happens when the batteries are low. We hope this help! Graco Team

Concerned

★☆☆☆☆ Would not recommend

29 March, 2024 Verified purchase

## Do not recommend

I'm having the same issue The light starts to blink and swings aggressively even with the baby inside Will be returning

★☆☆☆☆ Would not recommend

20 October, 2024 Verified purchase

## Dangeous: Swings faster playground swings, Do Not Buy

Be aware: the one stars are not fake. I got this for my sister and my newborn nephew, and she had told me that this issue is and even sent me a video. OMG I'm so surprised Target and this brand company has not even taken it off the website. Do not buy this product. Out of curiosity, I had ask my sister to let the batter run its course and send me a video as proof if the swing does have an issue. It swings so fast that I had to ask my sister if the video was sent 2x time speed capture, it swings faster than a child being on a playground sitting on a swing outside. So no I won't be keeping this and asking for a return. If anyone is interested in the video, I can send video as photo does not do justice.

**1 reply from Graco Consumer Care team - 2 years ago**

Hello, thank you for your feedback on our SlimSpaces Compact Swing, and we are sorry that it did not meet your expectations. Satisfaction of our consumers is important to us, therefore we would be happy to help you resolve this issue.It seems the batteries are low.. Please reach us at 1-800-345-4109 Consumer Care team 9AM to 5PM EST, or you can also use the link below to contact us via email. We are looking forward to hearing from you! https://www.gracobaby.com/support/contact-us Thank you! Graco Team

★☆☆☆☆

12 September, 2024

originally posted on gracobaby-ca

### So disappointed!!! Do NOT buy!

Bought this swing which when assembled was kind of flimsy but my baby loved it so it was great. The lowest setting worked best for us as anything faster terrified the baby. On the third day of use the red light started flashing and the swing picked up speed on its own?? The baby wasn't strapped as it was the lowest setting but it picked up speed on its own and became so fast that my baby was about to fall off. I'm glad I was sitting right next to her to quickly turn it off and get my baby out. I was terrified and so was she! I honestly did not expect this from graco as I've bought multiple items before and they've all been great. I'm so so disappointed. Please do NOT buy this swing. It's dangerous.

Leena

★☆☆☆☆ Would not recommend

15 April, 2024

### Very unhappy

Malfunction! The red light started blinking and the swing started going the highest speed with my newborn inside!! Very unsafe, if the battery is dead the swing shouldn't go not just start uncontrollably going faster! And batteries are still new I just started using the swing a month ago!!

---

★☆☆☆☆ Would not recommend

25 April, 2024 Verified purchase

### No good

This swings needs to be recalled ASAP it is not. Safe. Like everyone else I have had the same issue the lights start blinking and it's going at a high rated speed with my 1 month old it was super scary

---

★☆☆☆☆ Would not recommend

12 July, 2024 Verified purchase

### DO NOT BUY

DO NOT IGNORE THE OTHER 1 STAR REVIEWS. I bought this swing just 5 days ago and already having issues. Swing worked fine at first but now on day 5 of usage, I noticed the red light started blinking and the swing is now stuck on max speed. It is extremely dangerous! Always used this thing on the lowest speed, and next thing I know my newborn is swinging vigorously. This is not okay, DO NOT BUY.

★☆☆☆☆ Would not recommend
18 July, 2024

### Swinging full speed!

I received the swing as a gift for my baby. It was working well and my son loved it. Now it only works full speed and the led is blinking!

★☆☆☆☆
14 August, 2024
originally posted on gracobaby-ca

### Unreliable

I got the Graco compact swing as a baby shower gift. For the first month it was working great but now when I turn it on the red light starts blinking and it swings at a very fast. I don't know what to do at this point, the batteries are good. My baby loves being in the swing but the fast pace is way too fast for him and it seems very unsafe.

Crystal

★☆☆☆☆ Would not recommend
23 February, 2024

### BE WARNED THE RED LIGHT IS TRUE

I read the reviews and to my habit of giving things a chance I bought it. Just yesterday, I placed my baby on the lowest setting per usual, and it was working fine. Thankfully, I was just sitting on the couch and was right next to her because the swing started to go full full speed. It was going faster than the highest speed on available, and I had to immediately shut it off. Kids should always be buckled and supervised, but this is very dangerous for babies. There is no sound or anything warning you that their battery is getting low until it starts blinking and going fast. Any parent can easily walk away for a second, and your baby is flying to space.

★☆☆☆☆ Would not recommend
16 February, 2024 Verified purchase

### Dangerous, read the reviews

I've had it exactly for one month and one week. It was good during that time but today the red light started flashing and the seat started swinging super fast, no matter if it was on the slowest setting. Dangerous and already faulty in less than two months.

★☆☆☆☆ Would not recommend

15 February, 2024

### Loved it til it malfunctioned

've had this swing for maybe 2 months now and it malfunctioned. I'll have it on the lowest setting and next thing I know, the red light is flashing and it's swinging on max speed while still on low setting.

★☆☆☆☆ Would not recommend

28 January, 2024

### Needs to be recalled. Red blinking light.

Within the first few uses, the red light started blinking and the swing would get stuck on max speed. So unsafe and needs a recall before a baby gets seriously injured. So many reports of this happening to customers.

★☆☆☆☆ Would not recommend

20 January, 2024

### Dangerous Swing

This product deserves zero stars. Worked well for a week and shortly after the velocity on the swing failed. A red light begins to flash and the speed picks up rapidly fast making it really unsafe for babies to be on. This product should be pulled from all shelves.

★☆☆☆☆ Would not recommend

17 January, 2024 Verified purchase

### DANGEROUS

I wish I could give this swing zero stars.. my daughter got to use it for less than 2 weeks before this red light started to flash and now it goes crazy fast and nothing we do slows it down.. completely dangerous I don't know why it's still on the shelves

★☆☆☆☆ Would not recommend

3 January, 2024

### Dangerous Thing

Very unsafe. Recall. The speed of out of control. Device doesn't not follow the controls it comes with. Further, the thing won't stop spinning unless I take out the battery. The red light comes once batteries are inserted. Works best without battery. It was a gift. Had I bought with my own money, I would make several complains to get this thing removed from the market.

★☆☆☆☆ Would not recommend
4 September, 2023

**not good**

Light eventually started flashing red and the swing speed swings so fast it won't let you turn the speed down

★☆☆☆☆ Would not recommend
11 October, 2023 Verified purchase

**DO NOT BUY AT ALL BVERY DANGEROUS**

If I could I would give this swing zero stars my son is 3 months and has only used this swing 5 times for a short period of time each swing and this morning while on the lowest setting it started swing extremely fast and scared him to death I am very upset

★☆☆☆☆
25 October, 2023
originally posted on gracobaby-ca

**Speeds up on its own**

We have had this swing for almost 3 months and our baby LOVED it. However, recently it's started speeding up on its own. It will increase to the highest speed even on the lowest setting. We no longer feel comfortable having her in it unfortunately.

★☆☆☆☆ Would not recommend
12 November, 2023 Verified purchase

**This is dangerous**

We loved this swing until one month later it started blinking and going out of control.

★☆☆☆☆ Would not recommend
13 November, 2023 Verified purchase

**Do not buy**

This is a dangerous swing. The red light starts flashing and the swing speeds up really fast. It's only 2 months old.

★☆☆☆☆ Would not recommend
15 November, 2023

**Unsafe - erractic.**

DO NOT BUY - swing's erratically after using for a month. Unsafe. Settings for high & low don't work properly, the swing chooses the settings apparently on it's own with no rhyme or reason.

★☆☆☆☆ Would not recommend
16 August, 2023

**Dont recommend! Fast swinging out of no where**

I wouldn't recommend this swing. I wish I read the reviews before putting in on our registry we had it for 2 months now and thankfully we were in the room when noticed the red blinking light and our son swinging incredibly fast out of no where! We loved this swing up until now you'd think if it was the battery's just dying it would go slower. Not in this case! Stay away parents !

★☆☆☆☆ Would not recommend
12 July, 2023

**Would not recommend, Speed is off**

Please be hesitant on buying this. It worked for a few weeks and then out of no where it started to swing extremely fast. It is unsafe for babies. Graco please fix this. How can I get a refund on this item?

★☆☆☆☆ Would not recommend
22 June, 2023

**Too fast**

I am having the same issue that a lot of others are having. The red light starts blinking and the swing speeds up way too fast! If the batteries are dying, you would think it would slow down, not speed up.

★☆☆☆☆ Would not recommend
7 June, 2023

**Be careful**

This swing worked for about 1 1/2 months then started blinking and would swing like crazy. I feel bad because I thought my 3 year old messed with it but she was just telling me the baby was unsafe! Do not recommend

★☆☆☆☆ Would not recommend

27 April, 2023

**Definitely dissapointed**

Used it for about two weeks and the light started flashing and it starts swinging way too fast!

★☆☆☆☆ Would not recommend

26 March, 2023 Verified purchase

**Not safe!!**

we are experiencing the same issue as everyone else in the reviews section. After a couple months of use the light has started flashing and kicking the swing into full speed mode. How has this not been recalled yet??

★☆☆☆☆ Would not recommend

9 January, 2023

**DO NOT BUY!!!**

Worked great for 2 months. Today the red light started flashing and swing went full speed when though it's set one lowest speed! Super scary!! I will be returning this swing and getting a different one!

★☆☆☆☆ Would not recommend

27 December, 2022

**Swing goes too fast on its own!**

if I could give it ZERO stars I would! I have a one month old and I had the swing set at its slowest speed, but the swing has a mind of its own and goes to the full speed randomly! The swing was too fast for the baby! it is terrible! DO NOT BUY!!!

★☆☆☆☆ Would not recommend

13 December, 2022 Verified purchase

**Do not buy!!!**

DO NOT BUY! $100 for a swing that only lasts a month! I just got this swing a month ago and the red light is just flashing and going at sonic speed when I have it at the LOWEST setting! This can be very dangerous for children.. I do not recommend!!! WASTE OF MY PRECIOUS MONEY…

Would not recommend

9 June, 2022

**MALFUNCTIONED WITHIN 2 MONTH!**

Swing malfunctioned after About 5 weeks of use. It either would only swing at FULL speed or not swing at all. Didn't have any other functions. Only took batteries and blew threw them like CRAZY!!! Got a new swing ( 030093407 ) 100% better AND $10 cheaper!

Would not recommend

3 June, 2021

**Bad switch**

I was gifted this swing for my baby shower and it stopped working correctly after the second month. It won't shut off after you switch it to off and it goes really fast. It's upsetting the product is still being sold. Don't buy it you will be upset and want your money back.

47. Companies like Graco regularly monitor reviews or complaints about their products on their websites and those of third-party retailers.

48. Consumer Reports investigated this Defect and published a detailed article in July 2025, reporting hundreds of one-star reviews across Amazon, Target, Walmart, and the Graco website, and noting that posts describing the issue appeared on at least one retail platform as early as March 2020.[26]

49. Consumer Reports' safety experts also alerted the United States Consumer Product Safety Commission and called for an investigation.[27]

**C. CPSC Complaints**

50. Since at least early 2024, consumers have filed complaints regarding this Defect directly with the Consumer Product Safety Commission ("CPSC").

---

[26] Kirchner, *supra* note 18.

[27] *Id.*

51. The CPSC forwards consumer complaints of safety hazards directly to the manufacturer of a product after it receives and reviews a complaint. It is required to do this by federal law. Moreover, the CPSC publicly posts these complaints on its website, saferproducts.gov, and lists the date on which the complaint was sent to the manufacturer.

52. One CPSC report detailed that a consumer's baby swing began to swing extremely fast when the battery was low, even when set on the lowest setting, and that the consumer stopped using it for their newborn because they did not feel it was safe. This complaint was sent directly to Graco in April 2024.[28]

[28] Report No. 4685071, SAFERPRODUCTS.GOV, https://www.saferproducts.gov/PublicSearch/Detail?ReportId=4685071 (last visited Oct. 20, 2026).

**Product Details**

**Product Description:** Graco Slim Spaces Compact Baby Swing - Model #2156182
**Manufacturer/Importer/Private Labeler Name:** Newell Rubbermaid Inc.
**Brand Name:** Graco
**Model Name or Number:** Slim Spaces C Model #2156182
**Serial Number:** PD349724G
**UPC Code:**
**SKU#:**
**Date Manufactured:** 5/12/2023
**Retailer:** Amazon
**Retailer State:**
**Purchase Date:** 6/25/2023
**Product Category:** Baby
**Product Type:** Nursery Equipment & Supplies
**Product Code:** Portable Baby Swings (For Home Use) (1553)

**Associated Recall**

**Incident Details**

**Incident Description:** The swing will begin to swing extremely fast when battery life is low (red light starts flashing) even though its on the lowest swing setting. I stopped using it for my newborn as I didn't feel it was safe. My child is now 8 months old. I tested the swing and the issue re-occurred. Child is under the product weight limit of 25 pounds.
**Incident Date:** 2/14/2024
**Incident Location:** Home/Apartment/Condominium

**Report Number:** 20240402-AE207-2147340008
**Report Date:** 4/2/2024
**Sent to Manufacturer/Importer/Private Labeler:** 4/12/2024
**Report First Publication Date:** 4/26/2024
**Category of Submitter:** Consumer

53. Another CPSC report described a swing that automatically began swinging a three-month-old baby beyond the highest speed, with the consumer noting that, according to reviews on the product's website, many other consumers were experiencing the same issue.

**Product Details**

**Product Description:** Model Number 2156182 Graco Slim Spaces Compact Baby Swing
**Manufacturer/Importer/Private Labeler Name:** Newell Rubbermaid Inc.
**Brand Name:** Graco
**Model Name or Number:** 2156182
**Serial Number:**
**UPC Code:**
**SKU#:**
**Date Manufactured:**
**Retailer:** Amazon.com
**Retailer State:**
**Purchase Date:** 8/5/2024
**Product Category:** Baby
**Product Type:** Nursery Equipment & Supplies
**Product Code:** Portable Baby Swings (For Home Use) (1553)

**Associated Recall**

**Incident Details**

**Incident Description:** I started having issues with a flashing light and a sudden speed change to maximum speed. This was far too fast for my young baby. While reviews on Amazon were positive, the Graco site shows a different side. There have been multiple reports of: Babies being flung from the swing Swing catching fire with infant in swing Swing catching fire when not in use Swing injuring pets when overclocking speed Swing arriving moldy and with dead rodents Graco apparently is not handling this situation well and has not issued a recall. I have messaged them to try and get it resolved for ourselves. Comments and reviews are also being deleted by the company
**Incident Date:** 11/3/2024
**Incident Location:** Home/Apartment/Condominium

**Report Number:** 20241104-DF0A4-2147335559
**Report Date:** 11/4/2024
**Sent to Manufacturer/Importer/Private Labeler:** 12/3/2024
**Report First Publication Date:** 12/17/2024
**Category of Submitter:** Consumer [29]

54. In response to a CPSC complaint, Graco's parent company, Newell Brands, stated that "Graco does not believe that the specific product identified

[29] Report No. 4979436, SAFERPRODUCTS.GOV, https://www.saferproducts.gov/PublicSearch/Detail?ReportId=4979436 (last visited Oct. 20, 2026).

contains any defect that could create a substantial product hazard or unreasonable risks of serious injury or death."[30]

**Incident Details**

**Incident Description:** Our Graco Slim Spaces Compact Baby Swing automatically swings our 3m old baby according to the speed of the dial. However, in the last week the on light has started flashing and the swing has accelerated beyond the highest speed. Its as if someone is pushing the swing as hard as they can. After reading the reviews of this product in Gracos website it appears that many, many other consumers are experiencing the same issue. This is a product for newborns and infants and it is so unsafe! Here is a link to the product page where other reviews testifying to this problem are available. https://www.gracobaby.com/home-and-gear/swings-and-jumpers/swings/slim-spaces-compact-baby-swing/SAP_2156182.html

**Incident Date:** 9/1/2024

**Incident Location:** Home/Apartment/Condominium

**Victims Involved**

**Injury Information:** Incident, No Injury

**My Relationship to the Victim:** My Child

**Sex:** Unknown

**Victim's Age When Incident Occurred:** 3 months

**Comments from the Manufacturer/Private Labeler**

**Newell Rubbermaid Inc.**: We are in receipt of your notification dated September 9, 2024, providing consumer complaint information concerning an incident associated with a swing reportedly sold by Graco Children's Products Inc. ("Graco"). Based on the content of CPSC Report #20240904-43268-2147336724 Graco does not believe that the specific product identified contains any defect that could create a substantial product hazard or unreasonable risks of serious injury or death.

**Additional Details**

**Submitter has product?:**

**Product was damaged before incident?:**

**Product was modified before incident?:**

**If yes to any, explanation:**

**Have you contacted the manufacturer?:**

**If Not, Do you plan to?:**

**Report Number:** 20240904-43268-2147336724

**Report Date:** 9/4/2024

**Sent to Manufacturer/Importer/Private Labeler:** 9/9/2024

**Report First Publication Date:** 9/23/2024

---

[30] Report No. 4897578, SAFERPRODUCTS.GOV, https://www.saferproducts.gov/PublicSearch/Detail?ReportId=4897578 (last visited Oct. 20, 2026).

55. This denial stands in stark contrast to the hundreds of consumer reports, the Consumer Reports investigation, and the multiple CPSC filings documenting the same pattern of dangerous malfunction.

### D. Graco's Knowledge of the Defect and Inadequate Response

56. Graco has been on actual notice of the Defect for years. Graco's customer care team has responded to many of the negative reviews that customers left on the Graco website and on third-party retail platforms, either inviting customers to contact the company or promising that a representative would reach out to address the issue.

57. In numerous responses, Graco's customer care team attributed the runaway speed to low battery charge and advised consumers to simply replace the batteries—a non-solution that, as consumers repeatedly reported, failed to correct the Defect. Rather than investigate the root cause of the malfunction, issue a recall, or correct its product listings, Graco continued to market and sell the Swings without disclosing the true nature of the Swings' Defect.

58. A review of the current user manual for the Slim Spaces Compact Baby Swing reveals no mention of the speed acceleration Defect, nor any warning to consumers that the Swings may spontaneously and uncontrollably accelerate to

maximum speed—regardless of battery level.[31] Upon information and belief, all previous versions of the user manuals similarly lacked any warning regarding the Defect.[32] Consumers purchasing the Swings—including Plaintiffs—had no way of knowing from the Products' labeling, packaging, instruction manual, or any other source provided by Graco that the Swings were prone to this dangerous malfunction.

59. Graco had pre-sale knowledge of the Defect and the safety hazards presented by the Defect. Graco learned of the Defect prior to taking the Swings to the marketplace. Indeed, as part of its research, development, and pre-sale testing of the Swings, Graco performed various tests that replicate actual consumer use of the Swings over hundreds or thousands of use cycles. As part of that testing and research, Graco necessarily would have learned of or observed the Defect and that the Swings can begin to swing uncontrollably, thereby presenting a safety hazard.

60. Graco also became aware of the Defect after launching the Swings, but before Plaintiffs and other Class Members purchased the Swings, by way of the many complaints and negative reviews the Swings received online (e.g., on

---

[31] GRACO, Slim Spaces Compact Swing Owner's Manual, *supra* note 19.

[32] *See*, *e.g.*, GRACO, Model PD349399E Slim Spaces Compact Swing Owner's Manual (2017), https://manuals.plus/graco/graco-pd349399e-slim-spaces-compact-swing-owners-manual (last visited Oct. 20, 2026).

consumer gripe sites, on national retailers' websites, and on message boards) and the many complaints received directly by Graco and its retailers who sell the Swings.

61. Graco knew of the Defect, yet concealed it from the consuming public, putting infants at significant risk of harm or death.

**E. Graco's Omissions Are Material**

62. The representations Graco makes regarding the Swings' adjustable speeds and low-battery performance intentionally omit the Defect. Graco's omission of the Defect is material to any reasonable consumer's purchasing decision. Advertising and touting the performance and safety of the Swings without disclosing the Defect, e.g., in product marketing, on Graco's or its retailers' websites, in the Swings' in-box literature or booklet, or on the exterior of the packaging, amounts to a misleading half-truth about the qualities of the Swings.

63. Parents and caregivers select infant swings with the expectation that the product will perform as advertised—safely, reliably, and within user-controlled parameters. A product that spontaneously accelerates to full speed and traps an infant in an uncontrollable, dangerous oscillation is not fit for its intended purpose and is not the product Graco represented it to be.

64. As Consumer Reports safety policy manager Oriene Shin observed: "Graco says these swings don't have any safety issues, but hundreds of parents and caregivers are telling the company otherwise. It's alarming to see so many concerns

about a potential safety issue go unaddressed. Parents and caregivers put immense trust in the products they purchase for their babies, and they expect companies to promptly address any safety concerns that may arise."[33]

65. Had consumers known the full truth—that the Swings contain a Defect causing dangerous, uncontrollable high-speed acceleration, that the speed controls were unreliable, and that Graco's assurances about low-battery behavior were false—they would not have purchased the Swings at all, let alone paid the premium price Graco charges for them.

## F. Plaintiffs' Experiences

### *Plaintiff Stephanie Haney*

66. Plaintiff Stephanie Haney purchased the Graco Slim Spaces Compact Baby Swing from Amazon on November 20, 2025, paying $95.99 for the product.

67. Ms. Haney purchased the Swing based on Graco's representations that the Swing featured adjustable and reliably controllable speeds. Ms. Haney was unaware of the Defect at the time she made her purchase. At no point during her pre-purchase research into the Swing or prior to her purchase did she become aware of the Defect.

---

[33] Kirchner, *supra* note 18.

68. Prior to purchasing her Swing, Ms. Haney conducted significant online research concerning the performance and safety of the product. She read online reviews; reviewed the product's description on Graco's website; observed and reviewed the packaging for the Swing prior to opening it; and reviewed the product literature inside the box for her Swing. At no point did Ms. Haney see any statement or disclosure concerning the Defect or that the Swing is unsafe due to the Defect.

69. Graco could have disclosed the Defect on its packaging exterior, online on its website, or in its product manual, but failed to do so. If Graco had made this disclosure, Ms. Haney would have seen it and would not have purchased her Swing.

70. After purchase, Ms. Haney experienced the Defect. Specifically, the Swing would speed up beyond the selected speed setting, becoming unreliable and unsafe. Ms. Haney confirmed that she experienced spontaneous changes in speed and other issues with the Swing, including when the batteries were charged and not running low.

71. Had Graco accurately disclosed the Swing's dangerous speed Defect, or corrected the false representations on its product listing, Ms. Haney would not have purchased the Swing or would not have paid the price she did.

***Plaintiff Unique Little***

72. Plaintiff Unique Little purchased the Graco Slim Spaces Compact Baby Swing from Amazon on January 8, 2025, paying $87.48 for the product.

73. Ms. Little purchased the Swing based on Graco's representations that the Swing featured adjustable and reliably controllable speeds. Ms. Little was unaware of the Defect at the time she made her purchase. At no point during her pre-purchase research into the Swing or prior to her purchase did she become aware of the Defect.

74. Prior to purchasing her Swing, Ms. Little conducted significant online research concerning the performance and safety of the product. She read online reviews; reviewed the product's description on Graco's website; observed and reviewed the packaging for the Swing prior to opening it; and reviewed the product literature inside the box for her Swing. At no point did Ms. Little see any statement or disclosure concerning the Defect or that the Swing is unsafe due to the Defect.

75. Graco could have disclosed the Defect on its packaging exterior, online on its website, or in its product manual, but failed to do so. If Graco had made this disclosure, Ms. Little would have seen it and would not have purchased her Swing.

76. After purchase, Ms. Little experienced the Defect. Specifically, the Swing would speed up beyond the selected speed setting, becoming unreliable and unsafe. Ms. Little confirmed that she experienced spontaneous changes in speed and other issues with the Swing, including when the batteries were fully charged. In fact, Ms. Little's Swing actually moved *slower* when the batteries inside the Swing were low.

77. Had Graco accurately disclosed the Swing's dangerous speed Defect, or corrected the false representations on its product listing, Ms. Little would not have purchased the Swing or would not have paid the price she did.

***Plaintiff Bri Albor***

78. Plaintiff Bri Albor purchased the Graco DuetSoothe Swing & Rocker online from Target on August 18, 2024, paying $206.61 for the product.

79. Ms. Albor purchased the Swing based on Graco's representations that the Swing featured adjustable and reliably controllable speeds. Ms. Albor was unaware of the Defect at the time she made her purchase. At no point during her pre-purchase research into the Swing or prior to her purchase did she become aware of the Defect.

80. Prior to purchasing her Swing, Ms. Albor conducted significant online research concerning the performance and safety of the product. She read online reviews; reviewed the product's description on Graco's website; observed and reviewed the packaging for the Swing prior to opening it; and reviewed the product literature inside the box for her Swing. At no point did Ms. Albor see any statement or disclosure concerning the Defect or that the Swing is unsafe due to the Defect.

81. Graco could have disclosed the Defect on its packaging exterior, online on its website, or in its product manual, but failed to do so. If Graco had made this disclosure, Ms. Albor would have seen it and would not have purchased her Swing.

82. After purchase, Ms. Albor experienced the Defect. Specifically, the Swing would speed up beyond the selected speed setting, becoming unreliable and unsafe. Ms. Albor confirmed that she experienced spontaneous changes in speed and other issues with the Swing, including when the batteries were fully charged. In fact, a Ring camera in her home recorded video of the Swing moving at a high rate of speed, leading Ms. Albor to stop using the Product.

83. Had Graco accurately disclosed the Swing's dangerous speed Defect, or corrected the false representations on its product listing, Ms. Albor would not have purchased the Swing or would not have paid the price she did.

## FED. R. CIV. P. 9(b) ALLEGATIONS

84. Federal Rule of Civil Procedure 9(b) provides that "[i]n alleging fraud or mistake, a party must state with particularity the circumstances constituting fraud or mistake." Although Graco is in the best position to know what content it placed on its website, in its marketing materials, on its product packaging, and in its product manuals during the relevant timeframe, to the extent any of Plaintiffs' claims are subject to Rule 9(b), Plaintiffs have satisfied the requirements of Rule 9(b) by establishing the following elements with sufficient particularity:

85. ***Who:*** Graco made material misrepresentations and omissions of fact through its labeling, packaging, marketing materials, user manuals, and through

third-party retailers, which included representations that the Products were safe and of high quality, while omitting any disclosure of the Defect.

86. ***What:*** Graco's conduct was, and continues to be, fraudulent because it omitted and concealed that the Products contain a dangerous Defect. Graco made affirmative misrepresentations through its marketing that the Products were safe for use while failing to warn Plaintiffs and Class Members that the Products contained the Defect. For example, Graco's website advises consumers that "[e]ven when the [Swing's] battery is low, the swing rate will not exceed the rate of the highest setting," and directs consumers "[i]f [adjusting the setting by moving the speed dial downward] does not correct the speed or height, please change all of the batteries with new ones."[34] Graco omitted the fact that the Swings could accelerate to unsafe speeds at all battery levels, rendering the speed control functions useless. Graco knew or should have known this safety information is material to reasonable consumers, including Plaintiffs and Class Members, and impacts the purchasing decision, yet it omitted any warning that the Products contain the unsafe speed Defect.

87. ***When:*** Graco made the material misrepresentations and omissions prior to and at the time Plaintiffs and Class Members researched, considered, and

[34] Slim Spaces Compact Baby Swing, *supra* note 2.

purchased the Products from approximately 2017 to the present day. The misrepresentations and omissions were continuous throughout this period, as consumers reviewed Graco's marketing materials, labeling, product packaging, and user manual information before and at the point of sale, leaving Plaintiffs and Class Members unaware of the Defect and its attendant safety risks.

88. ***Where:*** Graco's material misrepresentations and omissions were made on the Products' labeling and packaging, in their marketing materials and advertisements, in user manuals provided to consumers, and on third-party retailer websites that sold the Products.

89. ***How:*** Graco made written and electronic misrepresentations and failed to disclose material facts regarding the true safety risks and serious dangers created by normal use of the Products. These misrepresentations and omissions were disseminated in written form through product packaging and labeling, in electronic form through its digital marketing, and in conventional hardcopy form through user manual documents.

90. ***Why:*** Graco engaged in these material misrepresentations and omissions for the express purpose of inducing Plaintiffs, Class Members, and other reasonable consumers to purchase the Products at premium prices. Graco profited by selling millions of these Products to consumers nationwide while knowing of the Defect, and consciously chose profits over safety by concealing the Defect,

maintaining premium pricing, avoiding costly recalls and refunds, and continuing to increase its market share and profits.

91. ***Injury:*** Plaintiffs and Class Members purchased the Products when they otherwise would not have absent Graco's misrepresentations and omissions. Alternatively, Plaintiffs and Class Members paid more for the Products than they would have absent Graco's fraudulent conduct. Had Graco disclosed the Defect at the time of sale, Plaintiffs and Class Members would not have purchased the Products at all, or would have paid substantially less than the premium prices Graco commanded based on its false representations of safety and quality.

## TOLLING ALLEGATIONS

### A. Discovery Rule

92. Plaintiffs and Class Members could not have discovered through the exercise of reasonable diligence that the Products contained the Defect within the time period of any applicable statutes of limitation.

93. The Defect was latent and not visible or apparent to consumers during ordinary examination, use, or inspection of the Products.

94. Neither Plaintiffs nor Class Members knew or could have known that the Products contained the dangerous Defect, especially because Graco continues to sell the Products and deny the existence of the Defect.

95. Despite the existence of isolated online consumer complaints referencing performance issues with the Swings, those publicly available complaints did not disclose the existence, nature, scope, or root cause of the latent speed-control Defect. Moreover, Graco possessed superior and exclusive knowledge regarding the Defect through pre-market testing, warranty data, consumer complaints, engineering analyses, and other internal information, yet failed to disclose that knowledge to unsuspecting purchasers.

96. Graco concealed and misrepresented the dangerous Defect in the Products throughout the entire sale period from 2017 through the present day.

97. Plaintiffs and Class Members could not have reasonably discovered and could not have known of facts that would have caused a reasonable person to suspect that Graco knowingly failed to disclose material safety information within its knowledge about the dangerous Defect to consumers in the United States.

98. Graco's labeling, packaging, marketing materials, and user manual documents contained no warnings to consumers prior to the point of sale about the Defect despite Graco's knowledge of these risks.

99. As such, no potentially relevant statute of limitations should be applied to bar Plaintiffs' or Class Members' claims.

**B. Fraudulent Concealment**

100. Throughout the period relevant to this action, Graco concealed from and failed to disclose to Plaintiffs and Class Members vital information about the Defect described herein.

101. Graco kept Plaintiffs and Class Members ignorant of vital information essential to the pursuit of their claims, specifically the existence of the dangerous Defect.

102. As a result, neither Plaintiffs nor Class Members could have discovered the Defect, even upon reasonable exercise of due diligence, because the Defect was not discoverable through ordinary inspection or use.

103. Graco had a duty to disclose to Plaintiffs and Class Members the true quality and nature of the Products, that the Products have a uniform dangerous Defect, and that the Products pose serious safety concerns to infants.

104. This duty arose, among other things, from Graco's affirmative representations through its marketing of the Products as safe for use by infants and their caregivers.

105. At all relevant times from 2017 through the present, Graco has known that the Products, which it designed, manufactured, and sold, contained the Defect resulting in serious safety risks.

106. Graco's actual knowledge of the serious safety concerns surrounding the Products was gained via pre-launch testing of the Swings, and is further evidenced by, among other things, the CPSC's forwarding reports of the Defect to Graco and Graco's receiving, and responding to, complaints regarding the Defect made directly on its own website and its retailers' websites.

107. Despite Graco's knowledge of the Defect and serious safety issues posed by the Products when used as intended, Graco failed to disclose and instead concealed material information including the presence of the Defect from Plaintiffs and Class Members, even though, at any point in time, it could have disclosed the Defect through a recall, individual correspondence, media release, or by other means.

108. Instead, Graco continues to market and sell the Products as safe for their intended purpose and commands premium prices based on these false representations. When it does discuss the Defect, it blames the Defect on low batteries in the Products, despite the fact that the Defect occurs even when the batteries or motors in the Products are replaced.

109. The purpose of Graco's concealment of the dangers was to continue to profit from the sale of Products and to prevent Plaintiffs and Class Members from seeking redress.

110. Plaintiffs and Class Members justifiably relied on Graco to disclose the true nature of the Products they purchased because the Defect was not discoverable by Plaintiffs and Class Members through reasonable efforts.

111. Any applicable statute of limitations has been tolled by Graco's knowledge, active concealment, and denial of the facts alleged herein, which is ongoing.

**C. Estoppel**

112. Graco is and was under a continuous duty to disclose to Plaintiffs and Class Members the fact it knew about the dangerously defective nature of the Products, namely the existence of the Defect.

113. Graco knowingly, affirmatively, and actively concealed the true nature, quality, and character of the Products from Plaintiffs and Class Members throughout the entire sale period from 2017 through the present day.

114. Graco made continuous affirmative representations that the Products were safe, of high quality, and suitable for their intended purpose.

115. Graco knew of the Defect but failed to warn consumers or disclose this material safety information in its labeling, packaging, marketing materials, or user manual documents.

116. Plaintiffs and Class Members reasonably relied on Graco's silence regarding safety issues, interpreting the lack of warnings, combined with premium

pricing and comprehensive user manual coverage, as confirmation that the Products were safe for their intended use.

117. Graco is estopped from relying on any statutes of limitations in defense of this action due to its own fraudulent concealment and continuing representations regarding the safety and quality of the Products.

118. Additionally, Graco is estopped from raising any defense of laches due to its own conduct as alleged herein, including the continued concealment of the Defect while continuing to sell the Products to unsuspecting consumers.

## CLASS ACTION ALLEGATIONS

119. Pursuant to LR 23.1, Plaintiffs provide the following information:

### A. Rule 23 Section Authorizing Maintenance of the Suit by Class Action

120. Plaintiffs bring this action on behalf of themselves and the following proposed classes pursuant to Federal Rule of Civil Procedure 23(a)–(c), which authorize the maintenance of this suit as a class action because Plaintiffs and the classes meet all prerequisites necessary to satisfy Rule 23, as described in detail below.

### B. Definition and Approximate Size of the Classes

121. Plaintiffs seek to certify the following classes:

**Nationwide Class**: All persons in the United States who purchased the Products, estimated to number in the hundreds of thousands of individuals.

**California Class**: All persons in the State of California who purchased the Products, estimated to number in the tens of thousands of individuals.

122. The Nationwide Class and California Class are referred to collectively herein as the "Class" or "Classes," and their members as "Class Members." Excluded from the Class are: any judge or magistrate presiding over this action and members of their families; Graco, its subsidiaries, affiliates, parents, successors, predecessors, and any entity in which Graco has a controlling interest, and their current and former employees, officers, and directors; persons who properly execute and file a timely request for exclusion from the Class; persons whose claims in this matter have been finally adjudicated or otherwise released; persons pursuing individual claims for personal injury or wrongful death caused by use of the Swings; and the legal representatives, successors, or assigns of any such excluded persons.

123. **Numerosity.** The Classes are so numerous that joinder of all members is impracticable. Given estimated total sales approaching two million units since the Products' introduction, and the widespread reports of the speed Defect across multiple retail platforms, the proposed Classes plainly contain thousands, if not hundreds of thousands, of members. Class Members can be identified through Graco's sales records and through records of third-party retailers including Amazon, Target, and Walmart.

### C. The Basis of Plaintiffs' Claims to be Adequate Class Representatives

124. **Typicality and Adequacy.** Plaintiffs' claims are typical of those of the Class. Like all Class Members, Plaintiffs purchased a Swing, relied on Graco's representations regarding the Swing's adjustable speed functionality, and were not informed of the speed Defect. Plaintiffs have no conflicts of interest with the Class and will fairly and adequately protect Class interests. Plaintiffs have retained competent counsel experienced in class action and consumer protection litigation.

### D. The Alleged Questions of Law and Fact Common to the Class

125. **Commonality.** Common questions of law and fact predominate over any questions affecting only individual Class Members. Those common questions include, without limitation: whether Graco's representations that the Swings feature adjustable and controllable speeds were false or misleading; whether Graco omitted material information from its Products' listings and labeling concerning the speed Defect; whether those representations and omissions were material to a reasonable consumer; whether Graco violated California's consumer protection statutes; whether Graco breached its express and implied warranties; whether Graco was unjustly enriched; and the appropriate measure of damages for the Class.

### E. Allegations Necessary to Satisfy Rule 23(b)(2) and Rule 23(b)(3)

126. **Rule 23(b)(2).** Graco has acted and/or refused to act on grounds that apply generally to the Class, so that final injunctive relief or corresponding

declaratory relief is appropriate for the Class as a whole. Graco has acted on grounds that apply generally to the Class by designing, manufacturing, marketing, distributing, and selling the Products at issue containing the uniform Defect. Graco has failed to act on grounds that apply generally to the Class by failing to recall the Products, refund consumers, or otherwise remedy the Defect.

127. **Rule 23(b)(3).** Questions of law and fact common to class members predominate over individual questions and a class action is superior to other available methods for adjudicating the controversy.

128. **Predominance.** The common issues of fact and law described in paragraph 125 predominate over any individual questions. The Defect is universal and present in all Products, and Graco has failed to remedy the Defect, whether through refunds to consumers, recall, or any other method. Those questions are common to all Products and all Class Members and dwarf any individual questions related to consumer purchases of the Products.

129. **Superiority.** A class action is superior to all other available methods for the fair and efficient adjudication of this controversy. Individual Class Members lack the resources to litigate individual claims against a large, well-funded corporate defendant, and the individual damages of each Class Member, while real and compensable, are modest in relation to the cost of individual litigation. Concentrating litigation in a single forum will conserve judicial resources and ensure

consistent results. The Court is an appropriate venue for this action, and there are no unusual management difficulties anticipated.

## CAUSES OF ACTION

### COUNT I
### Violation of the California False Advertising Law
### Cal. Bus. & Prof. Code §§ 17500 *et seq.* ("FAL")
(On behalf of Plaintiffs and the California Class)

130. Plaintiffs incorporate by reference the allegations in paragraphs 1–118 and 121 as though set forth fully herein. Plaintiffs bring this cause of action on behalf of themselves and the California Class.

131. Graco's product listing and advertising for the Swings prominently represent that the Swings feature "adjustable swinging speeds" that "allow you to find the right pace to suit baby's mood," further represent that "[e]ven when the product's battery is low, the swing rate will not exceed the rate of the highest setting," and direct consumers that "[i]f [adjusting the setting by moving the speed dial downward] does not correct the speed or height, please change all of the batteries with new ones." These statements are disseminated throughout Graco's website, third-party retail platforms including Amazon, Target, and Walmart, and product packaging, and they are directed to California consumers. As alleged, *supra*, Plaintiffs reviewed the product's description on Graco's website before purchasing their Swings and purchased the Swings based on Graco's representations that the

Swings featured adjustable and reliably controllable speeds and without knowledge as to the Defect and its pervasiveness.

132. These representations are untrue and misleading within the meaning of the FAL. As documented in hundreds of consumer reviews and multiple CPSC complaints, the Swings spontaneously accelerate to their maximum speed regardless of the speed setting, and this malfunction does not resolve even upon battery replacement. The representations that the Swings' speed is adjustable and that the speed will not exceed the highest setting even when the battery is low are therefore false. Plaintiffs' own respective Swings exhibited the Defect: after purchase, they would speed up beyond the selected speed setting, becoming unreliable and unsafe.

133. Graco further violated the FAL by omitting warnings related to the Defect from any of its marketing, labeling, packaging, or instruction materials. Graco's current user manual, and on information and belief every prior version, including the 2017 manual, contain no warning about the Defect, and Graco has not corrected its product listing or warned consumers. Graco's omission was contrary to representations actually made by Graco, namely that the swing speed rate will not exceed the highest setting or could be cured by replacing a Swing's batteries. And Graco had an obligation to disclose the Defect to consumers because it presented a safety risk to infants.

134. Graco knew or reasonably should have known that these representations and omissions were false when made. Consumer complaints documenting the speed Defect date back to at least March 2020, and Graco's own customer care representatives have responded to numerous such complaints over several years, demonstrating actual knowledge of the widespread issue. As alleged, *supra, e.g.,* in paragraphs 41, 52, 57, and 59, Graco's pre-sale testing replicated hundreds or thousands of use cycles and would have revealed the Defect; a CPSC complaint describing a swing that accelerated to high speeds even on the lowest setting was sent directly to Graco in April 2024; and Graco's customer care responded to a complaint by acknowledging that the "swing does speed up when the batteries are low," while advising other consumers to replace the batteries, which did not correct the Defect. Nevertheless, Graco made and continued to make these misrepresentations for the purpose of inducing consumers to purchase the Swings.

135. Plaintiffs saw and reasonably relied upon Graco's representations and omissions regarding the Swings' adjustable and safe speed functionality when making their purchases. Before purchasing their respective Swings, Plaintiffs reviewed the Product's description on Graco's website and purchased their Swings based on Graco's representations that they featured adjustable and reliably controllable speeds. Had Graco disclosed the Defect to Plaintiffs, they would not have purchased their Swings. Plaintiffs and California Class Members were injured

as a direct and proximate result of Graco's conduct because they paid for a product that did not perform as advertised and, had they known the truth, they would not have purchased the Swings or would not have paid the price they paid.

**COUNT II**
**Violation of the California Consumers Legal Remedies Act**
**Cal. Civ. Code §§ 1750 *et seq.* ("CLRA")**
(On behalf of Plaintiffs and the California Class)

136. Plaintiffs incorporate by reference the allegations in paragraphs 1–118 and 121 as though set forth fully herein. Plaintiffs bring this cause of action on behalf of themselves and the California Class.

137. Plaintiffs and California Class Members are "consumers," and their purchases of the Products constitute "transactions" within the meaning of the CLRA. Graco's conduct as alleged herein constitutes unfair methods of competition and unfair and deceptive acts and practices carried out in transactions intended to result in, and which did result in, the sale of consumer goods.

138. By representing that the Swings feature "adjustable swinging speeds" and that speed will not exceed the highest setting even when the battery is low, Graco represented that the Swings have characteristics, uses, and benefits they do not have, in violation of Civil Code section 1770(a)(5). The Swings lack those characteristics because of the Defect, which causes them to accelerate to high speeds without user input, even on the lowest setting and irrespective of the battery status, and renders

the speed controls inoperative, and which Plaintiffs experienced in their own Swings. Graco further represented the Swings as being of a particular standard and quality they are not, in violation of section 1770(a)(7), and advertised the Swings as suitable for their intended purpose—safe infant soothing through controlled oscillation—when the Products are in fact prone to uncontrolled, dangerous acceleration. These misrepresentations were material to reasonable consumers purchasing Swings for infant use.

139. Graco further violated the CLRA by omitting warnings related to the Defect from any of its marketing, labeling, packaging, or instruction materials. Graco's omission was contrary to representations actually made by Graco, namely that the swing speed rate will not exceed the highest setting or could be cured by replacing a Swing's batteries. And Graco had an obligation to disclose the Defect to consumers because it presented a safety risk to infants. Graco also had a duty to disclose because it possessed superior and exclusive knowledge of the Defect, including through pre-sale testing, CPSC complaints forwarded to it beginning at least as early as April 2024, and its own customer-care acknowledgment that the "swing does speed up when the batteries are low," while publicly available complaints did not fully disclose the Defect's existence, nature, scope, or root cause. These omissions were material to reasonable consumers purchasing the Swings for infant use.

140. Graco knew or should have known that its representations and omissions were false. Plaintiffs saw, read, and reasonably relied on Graco's representations and omissions regarding the Swing's adjustable and safe speed functionality. Before purchasing their respective Swings, Plaintiffs reviewed the Product's description on Graco's website and purchased their Swings based on Graco's representations that they featured adjustable and reliably controllable speeds and without knowledge as to the Defect and its pervasiveness. Plaintiffs and California Class Members would not have purchased the Swings, or would not have paid the price they paid, had they known the truth about the Swings' speed Defect and the falsity of Graco's representations.

141. Plaintiffs seek injunctive relief pursuant to Civil Code section 1780(a)(2), and all monetary relief available under the CLRA. Prior to filing this complaint, Plaintiff Haney provided Graco with written notice of the CLRA violations and demanded that Graco correct the unlawful practices described herein. Graco failed to do so within thirty days. Plaintiffs and the California Class now seek all relief available under the CLRA.

**COUNT III**
**Violation of the California Unfair Competition Law**
**Cal. Bus. & Prof. Code §§ 17200 *et seq*. ("UCL")**
(On behalf of Plaintiffs and the California Class)

142. Plaintiffs incorporate by reference the allegations in paragraphs 1–118 and 121, together with paragraphs 130–35 (Count I) and 136–41 (Count II), which allege the predicate statutory violations for the unlawful prong, as though set forth fully herein. Plaintiffs bring this cause of action on behalf of themselves and the California Class.

143. Graco's conduct as alleged herein violates each of the three prongs of the California UCL—the unlawful, the fraudulent, and the unfair prongs.

144. Graco engaged in unlawful conduct by violating the CLRA and the False Advertising Law as alleged above, and by engaging in deceptive labeling and advertising practices that violate California's consumer protection framework.

145. Graco engaged in fraudulent conduct. Graco's representations that the Swings feature safely adjustable speeds and will not exceed their highest speed setting even when the battery is low are false and misleading, and are likely to deceive—and did deceive—Plaintiffs and other reasonable consumers into believing they were purchasing a safe, reliably controlled infant swing. In fact, the Swings accelerate to high speeds regardless of the selected setting or battery status and, in reported instances, exceed the highest setting, and Plaintiffs' own respective Swings

accelerated to high speeds, even when not set to the highest setting. Graco compounded this deception by omitting from its Product listings, packaging, and instruction manuals any disclosure of the pervasive speed Defect, despite years of actual knowledge of the problem. Graco's instruction manuals from 2017 to the present contain no mention of this potential issue.

146. Graco also engaged in unfair conduct. The harm to Plaintiffs and California Class Members resulting from Graco's false advertising and omissions is substantial and greatly outweighs any utility of Graco's conduct. A product marketed for infant use that spontaneously accelerates to its maximum speed without warning has no legitimate commercial utility as advertised. Parents have reported fearing that their babies would "fly out" of the Swing, that a "baby boy almost fell out of it," and that a child "could've been seriously neurologically hurt." This harm was not reasonably avoidable by consumers, who had no means of discovering the Defect before purchase. The Defect is not apparent during ordinary examination or use, publicly available complaints did not fully disclose its existence, nature, scope, or root cause, and Graco has denied that any defect exists. Graco's conduct is immoral, unethical, oppressive, and substantially injurious to consumers and to the public policy against false and misleading advertising.

147. Plaintiffs and California Class Members were injured as a direct and proximate result of Graco's UCL violations because they paid for a product that did

not perform as advertised, and they would not have made their purchases or paid the prices they paid but for Graco's unlawful, fraudulent, and unfair conduct.

**COUNT IV**
**Breach of Express Warranty**
(On behalf of Plaintiffs, the Nationwide Class, and the California Class)

148. Plaintiffs incorporate by reference the allegations in paragraphs 1–118, 121, and 141 as though set forth fully herein. Plaintiffs bring this cause of action on behalf of themselves, the Nationwide Class, and the California Class.

149. Graco, as the manufacturer and seller of the Swings, issued material written warranties by representing that the Swings feature "adjustable swinging speeds" and that "[e]ven when the product's battery is low, the swing rate will not exceed the rate of the highest setting." These are affirmations of fact about the Products and promises relating to goods that became part of the basis of the bargain between Graco and purchasers including Plaintiffs and Class Members, who relied on these warranties when deciding to purchase the Swings.

150. The Swings do not conform to these representations. They spontaneously accelerate to maximum speed regardless of the setting selected by the user, including on the lowest setting, and the Defect persists even after battery replacement. Plaintiffs' own Swings did not conform: their Swings accelerated to speeds far exceeding those that Plaintiffs had set. Graco's warranty that speed would not exceed the highest setting even with a low battery is directly contradicted by the

consumer experience documented across hundreds of reviews and multiple CPSC complaints. For example, one consumer reported that the speed for the Swing was "on the lowest setting [and] became faster than the highest setting," and a CPSC report described a swing that automatically began swinging a three-month-old baby beyond the highest speed. The express warranty was thereby breached.

151. Plaintiffs provided Graco with notice of this breach, and Graco's responses to consumer complaints demonstrate its actual knowledge of the Defect. For example, Graco responded to a consumer complaint by acknowledging that the "swing does speed up when the batteries are low," and CPSC complaints about the Defect were forwarded to Graco beginning in April 2024. Plaintiffs and Class Members were injured as a direct and proximate result of Graco's breach because they received a product that did not conform to the warranted specifications and would not have paid the purchase price had they known the warranties were false.

152. Prior to filing this complaint, Plaintiff Haney provided Graco with written notice of its breach of warranty violations on behalf of herself and the Classes, including Plaintiffs Little and Albor, and demanded that Graco correct the unlawful practices described herein. Graco failed to do so within thirty days.

**COUNT V**
**Breach of Implied Warranties**
(On behalf of Plaintiffs, the Nationwide Class, and the California Class)

153. Plaintiffs incorporate by reference the allegations in paragraphs 1–118 and 121 as though set forth fully herein. Plaintiffs bring this cause of action on behalf of themselves, the Nationwide Class, and the California Class.

154. Graco designs, manufactures, markets, distributes, and sells the Swings throughout the United States. Graco, as the designer, manufacturer, and seller of the Swings, impliedly warranted that the Products were merchantable and fit for the ordinary purpose for which such goods are used—namely, the safe, controlled oscillation of infants. Graco breached the implied warranty of merchantability when it manufactured, distributed, and sold the Swings with the speed Defect described herein, rendering them unfit for safe use as infant swings. A swing that spontaneously accelerates to maximum speed without warning, cannot be controlled by the speed dial, and cannot be turned off through ordinary operation is not of merchantable quality and is not fit for its ordinary purpose of safely soothing infants. As alleged *in paragraphs 28–32*, consumers report exactly that behavior: Swings that accelerate even on the lowest setting and at varying battery levels, that cannot be lowered or stopped through normal operation, and that stop only when the batteries are removed. Plaintiffs' own respective Swings accelerated to speeds far

exceeding speeds set by Plaintiffs. The Defect is latent, and Graco would have learned of it in pre-sale testing and did learn of it from consumer complaints.

155. Graco further impliedly warranted that the Swings were fit for the particular purpose for which Plaintiffs and Class Members purchased them—that is, the safe, controllable, speed-adjustable soothing of infants. Graco knew, or had reason to know, that purchasers were acquiring the Swings specifically to place infants in them and to control the oscillation speed for the comfort and safety of their babies. Graco is aware that consumers purchase the Swings precisely because of the advertised adjustable speed functionality. Plaintiffs and Class Members justifiably relied on Graco's skill and judgment in designing and manufacturing a product fit for that purpose, and that reliance was misplaced.

156. Graco breached these implied warranties by manufacturing and selling a swing that was not fit for safe infant use due to the pervasive speed Defect. Plaintiffs and Class Members were injured as a direct and proximate result, having paid for a product that was unsafe and unfit for its intended purpose. Privity exists between Plaintiffs and Graco through Graco's direct sale to consumers via its website and through authorized retail channels; and to the extent any privity requirement applies, Plaintiffs and Class Members are intended third-party beneficiaries of the agreements between Graco and its retail partners, as those agreements were made for the ultimate benefit of end-consumer purchasers.

157. Prior to filing this complaint, Plaintiff Haney provided Graco with written notice of its breach of warranty violations and demanded that Graco correct the unlawful practices described herein. Graco failed to do so within thirty days.

**COUNT VI**
**Negligent Misrepresentation**
(On behalf of Plaintiffs, the Nationwide Class, and the California Class)

158. Plaintiffs incorporate by reference the allegations in paragraphs 1–118 and 121 as though set forth fully herein. Plaintiffs bring this cause of action on behalf of themselves, the Nationwide Class, and the California Class.

159. Graco made affirmative representations to Plaintiffs and Class Members that the Swings feature "adjustable swinging speeds" and that the Swings' speed "will not exceed the rate of the highest setting" even when the battery is low or that issues with swing speed could be fixed by replacing batteries. These representations were false. The Products' actual behavior—spontaneously accelerating to maximum speed, with the speed control becoming inoperative and the problem persisting after battery replacement—directly contradicts Graco's stated representations. For example, one consumer reported that the speed for the Swing was "on the lowest setting [and] became faster than the highest setting," and Plaintiffs' own respective Swings would accelerate even when not set to the highest speed setting.

160. When Graco made these representations, it knew or should have known they were false, or at minimum had no reasonable grounds for believing they were true. Consumer complaints dating to at least March 2020, hundreds of negative reviews across multiple retail platforms, multiple CPSC filings, and Graco's own customer care responses to those complaints all establish that Graco had knowledge of the speed Defect long before Plaintiffs and Class Members made their purchases. Among other things, a CPSC complaint describing the Defect was sent directly to Graco in April 2024, Graco's customer care acknowledged that the "swing does speed up when the batteries are low," and Graco's pre-sale testing would have revealed the Defect. Graco had no reasonable basis to continue representing the Swings as featuring adjustable and safe speeds.

161. Graco intended that Plaintiffs and Class Members rely on these representations, and Plaintiffs and Class Members did in fact read and reasonably rely on them when making their purchasing decisions. As alleged *supra*, Plaintiffs conducted significant online research concerning the performance and safety of the Products and reviewed the descriptions before purchasing the Swings. Plaintiffs purchased the Swing based on Graco's representations that the Swing featured adjustable and reliably controllable speeds. At no point did Plaintiffs see any statement or disclosure concerning the Defect or that the Swing is unsafe due to the Defect. Plaintiffs and Class Members were injured as a direct and proximate result

of Graco's negligent misrepresentations, having purchased a product they otherwise would not have purchased or would not have paid the same price for had Graco's representations been accurate.

**COUNT VII**
**Fraudulent Misrepresentation and Omission**
(On behalf of Plaintiffs, the Nationwide Class, and the California Class)

162. Plaintiffs incorporate by reference the allegations in paragraphs 1–118 and 121 as though set forth fully herein. Plaintiffs bring this cause of action on behalf of themselves, the Nationwide Class, and the California Class.

163. Graco made false representations to Plaintiffs and Class Members that the Swings feature safely adjustable speeds and that the Swings' rate will not exceed the highest setting even when the battery is low. These representations were false when made. The Swings accelerate to high speeds regardless of the selected setting and battery status and, in reported instances, exceed the highest setting. Plaintiffs' own Swings accelerated to high speeds, even when not set to the highest setting. Graco knew they were false, or acted with reckless disregard for their truth or falsity, given years of consumer complaints, CPSC filings, and internal customer care responses documenting the exact opposite behavior. In addition to these affirmative misrepresentations, Graco concealed and omitted material information from its product listings, packaging, and instruction manuals concerning the speed Defect.

Graco's instruction manuals from 2017 to the present confirm that Graco never disclosed this known Defect to consumers.

164. Graco intended that Plaintiffs and Class Members rely on its representations and omissions in deciding to purchase the Swings, and Plaintiffs and Class Members did so rely. Plaintiffs reviewed the product's description on Graco's website before purchasing, were unaware of the Defect, and would not have purchased the Swing had Graco disclosed the Defect to them. This reliance was reasonable given Graco's position as a well-established manufacturer of infant products and the affirmative nature of its speed-related representations. Graco made these misrepresentations and engaged in these omissions for the purpose of inducing purchases and generating revenue, consciously choosing commercial gain over consumer safety.

165. Plaintiffs and Class Members were injured as a direct and proximate result of Graco's fraudulent misrepresentations and omissions because they purchased and paid for a product they would not have purchased, or would not have paid the price they did, had they known the truth. Graco's conduct was willful, oppressive, and fraudulent, entitling Plaintiffs and the Class to an award of punitive damages.

## COUNT VIII
## Breach of Contract
(On behalf of Plaintiffs, the Nationwide Class, and the California Class)

166. Plaintiffs incorporate by reference the allegations in paragraphs 1–118 and 121 as though set forth fully herein. Plaintiffs bring this cause of action on behalf of themselves, the Nationwide Class, and the California Class.

167. Plaintiffs and Class Members entered into contracts with Graco when they purchased the Swings. Those contracts, formed through the sale transaction, required Plaintiffs and Class Members to pay the stated purchase price, and required Graco to deliver Swings conforming to the product representations—specifically, that the Swings would operate with safely adjustable speeds and would not exceed the highest speed setting even when the battery was low. These were material and specific terms of the bargain.

168. Plaintiffs performed under the contract by paying the purchase price for their respective Swings. Graco breached the contract by failing to provide a Swing that conformed to its product representations, delivering instead a product afflicted with a pervasive and dangerous speed Defect. Plaintiffs' respective Swings would accelerate even when not set to the highest speed setting. Graco further breached by failing to disclose material safety information before and at the time of sale, depriving Plaintiffs and Class Members of information necessary to make a fully informed purchasing decision.

169. As a direct and proximate result of Graco's breach, Plaintiffs and Class Members were deprived of the benefit of their bargain and suffered damages in an amount to be established at trial.

**COUNT IX**
**Unjust Enrichment**
(On behalf of Plaintiffs, the Nationwide Class, and the California Class)

170. Plaintiffs incorporate by reference the allegations in paragraphs 1–118 and 121 as though set forth fully herein. Plaintiffs bring this cause of action in the alternative, on behalf of themselves, the Nationwide Class, and the California Class, to the extent any court determines that an adequate remedy at law does not exist.

171. Through its false representations and material omissions regarding the Swings, Graco induced Plaintiffs and Class Members to pay a purchase price for a product that did not deliver the benefits represented. Plaintiffs and Class Members conferred a direct monetary benefit upon Graco in the form of purchase payments. Graco accepted and has knowingly retained those payments despite the fact that Plaintiffs and Class Members did not receive the product they were promised and paid for and despite Graco's knowledge of the Defect.

172. It is inequitable and unjust for Graco to retain the financial benefit conferred upon it under these circumstances. Plaintiffs and Class Members paid more for the Swings than they were worth in light of the undisclosed Defect, and

Graco's retention of those excess amounts constitutes unjust enrichment at the expense of Plaintiffs and the Class.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Stephanie Haney, Unique Little, and Bri Albor, individually and on behalf of the proposed Class, respectfully request that the Court enter judgment in Plaintiffs' favor and against Defendant Graco Children's Products, Inc., and grant the following relief:

a) an order certifying this action as a class action, designating Plaintiffs as class representatives, and appointing Plaintiffs' counsel as class counsel;

b) a judgment finding that Graco has committed the violations of law alleged herein;

c) an award of compensatory damages to Plaintiffs and each Class Member in an amount to be determined at trial;

d) an award of restitution and disgorgement of all amounts wrongfully obtained by Graco as a result of the conduct alleged herein;

e) an award of punitive damages to the extent warranted by Graco's fraudulent and oppressive conduct;

f) an injunction requiring Graco to stop manufacturing, marketing, and selling the defective Swings; replace the defective Swings; issue corrective actions, including notification, recall, service bulletins, and fully covered replacement parts and labor; correct its product listings, packaging, and marketing materials; and preserve all evidence relevant to this lawsuit and notify Swing owners with whom it comes in contact of the pendency of this and related litigation;

g) an award of pre-judgment and post-judgment interest as permitted by law;

h) an award of reasonable attorneys' fees and costs as permitted by law; and

i) such other and further relief as the Court deems just, equitable, and proper.

**JURY DEMAND**

Plaintiffs Stephanie Haney, Unique Little, and Bri Albor, individually and on behalf of the proposed Class, hereby demand a trial by jury on all issues and claims so triable.

Dated: October 22, 2026

Respectfully submitted,

By: *<u>/s/ Jonathan R. Chally</u>*

Jonathan R. Chally
Georgia Bar No. 141392
Katherine L. D'Ambrosio
Georgia Bar No. 780128
Joshua P. Gunnemann
Georgia Bar No. 152250
Benjamin B. Watson
Georgia Bar No. 32663
**COUNCILL, GUNNEMANN & CHALLY LLC**
75 14th Street NE, Suite 2475
Atlanta, GA 30361
Telephone: 404-407-5250
Facsimile: 404-600-1624
jchally@cgc-law.com
kdambrosio@cgc-law.com
jgunnemann@cgc-law.com
bwatson@cgc-law.com

Zachary Arbitman (*pro hac vice*)
George Donnelly (*pro hac vice*)
Nicole Maruzzi (*pro hac vice*)
**FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK DODIG LLP**
1845 Walnut Street, Floor 21
Philadelphia, PA 19103
Telephone: 215-567-8300
zarbitman@feldmanshepherd.com
gdonnelly@feldmanshepherd.com
nmaruzzi@feldmanshepherd.com

Benjamin F. Johns (*pro hac vice*)
Samantha Holbrook (*pro hac vice*)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, Pennsylvania 19428
Telephone: 610-477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

Andrew W. Ferich (*pro hac vice*)
Brian Devall (*pro hac vice forthcoming*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania 19087
Telephone: 310-474-9111
aferich@ahdootwolfson.com
bdevall@ahdootwolfson.com

*Attorneys for Plaintiffs and the Class*